

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00443-CV
No. 04-11-00649-CV

Pamela **SCHEEL** and Gary M. Poenisch,
Appellants

v.

Brian **ALFARO** and Primera Energy Partners, L.L.C.,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2007-CI-11604 & 2007-CI-11604
Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, that portion of the trial court's Order on Defendants' Objections to Approval of Receiver's Report, Motion to Set Aside Sale, Motion to Remove Receiver, and Motion for Sanctions sanctioning Gary Poenisch in the amount of $5,000.00 is REVERSED. The trial court's (1) Order on Defendants' Objections to Approval of Receiver's Report, Motion to Set Aside Sale, Motion to Remove Receiver, and Motion for Sanctions and (2) Order Granting Motion to Set Aside Turnover Orders are both AFFIRMED in all other respects.

It is ORDERED that appellees recover their costs of appeal from appellants.

SIGNED May 15, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice